**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ANDRII HAIDARZHY,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-2037-KC** |
| | § | |
| **TODD BLANCHE, et al.** | § | |
| | § | |
| **Respondents.** | § | |

**FINAL JUDGMENT**

On this day, the Court considered the case. On August 12, 2026, the Court granted in part Andrii Haidarzhy's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an immigration judge ("IJ"), at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision. Aug. 12, 2026, Order 6, ECF No. 7.

On August 19, Respondents filed a Status Report, ECF No. 10, in which they inform the Court that, as of the date of filing Haidarzhy "[was] being released from custody" on an Order of Release on Recognizance. Attached thereto is the Order of Release on Recognizance, dated August 19. *See id.* Ex. A ("Release Order"), ECF No. 10-1.

It thus appears that no matters remain to be resolved in this case. *See generally* Pet., ECF No. 3; Aug. 12, 2026, Order. Accordingly, **the Clerk shall close the case.**

**SO ORDERED**.

**SIGNED this 21st day of August, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE